UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*CR 17 - 274 JRT*

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(b)(1) |
| v. | 18 U.S.C. § 2253(a) |
| MATTHEW FREDERICK SORGENFREI, | |
| Defendant. | |

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
### (Receipt of Child Pornography)

On or about and between January 15, 2015, and January 1, 2017, in the State and District of Minnesota, the defendant,

**MATTHEW FREDERICK SORGENFREI,**

knowingly received visual depictions using a means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such depictions were of such conduct, including but not limited to the following computer video files:

(1)    File Name: **small_girl_8year.3gp**, a 20 second video clip depicting the

SCANNED
OCT 3 1 2017
U.S. DISTRICT COURT ST. PAUL

vaginal penetration of a prepubescent female by an adult male who ejaculates onto the child's stomach;

(2)    File Name: **Jenny 9yr PTHC.avi,** a 14 minute 35 second video depicting a prepubescent female, whose hands are bound together over her head with rope and whose legs are bound with rope, performing oral sex on a male's penis while he rubs her genitalia with his finger. The child is wearing a black choker and a black mask, which gets removed. The video ends with the male anally penetrating the child;

(3)    File Name: **Pthc 9yo.avi,** a 2 minute 1 second video depicting the vaginal and anal penetration of a prepubescent female whose legs are spread apart and bound to an object; the male ultimately ejaculates onto the child's stomach;

(4)    File Name: **(Pthc) Tara Brand New.avi,** a 17 minute 41 second video initially depicting the anal penetration of a prepubescent female by a heavy-set adult male. After approximately six minutes, the male places his penis into the girl's mouth and she performs oral sex on him while he holds her head and thrusts it back and forth. The remainder of the video alternates between the male anally penetrating the child and

<u>United States v. Matthew Frederick Sorgenfrei</u>

having the child perform oral sex on his penis. The video ends with the male ejaculating into the mouth and on the face of the child;

(5)    File Name: **Dad come in 5yo tight pussy.avi,** a 1 minute 17 second video depicting the penis of an adult male being inserted into the vaginal area of a prepubescent female. The male vaginally penetrates the child and ejaculates into and onto her genital area; and

(6)    File Name: **2011 7yo niece – SUCK AND CUM IN MOUTH (sound 2013 by DRTMNDSK).avi,** a 1 minute 9 second video depicting a young girl rubbing with her hand a penis of an adult male which is inserted into the child's mouth.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATIONS

Counts 1 of this Information is hereby re-alleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

United States v. Matthew Frederick Sorgenfrei

(1)     any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2)     any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3)     any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including:

(a)     an Amazon Kindle Fire, bearing serial number G0K0H40460430SNQ; and

(b)     a Lenova Ideapad laptop, bearing serial number CB22723900.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

United States v. Matthew Frederick Sorgenfrei

Dated:                                   GREGORY G. BROOKER
                                         Acting United States Attorney

                              BY:   *Carol M. Kayser*

                                         CAROL M. KAYSER
                                         Assistant U.S. Attorney